STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Patricia A. Bonton
In Proper Person
P. O. Box 12372
Alexandria LA 71315

## REHEARING ACTION: July 23, 2014

**Docket Number: 14   00034-CA**

**PATRICIA A. BONTON**
**VERSUS**
**LOUISIANA WORKFORCE COMMISSION, ET AL.**

**Appealed from Rapides Parish Case No. 247,372**

<u>**BEFORE JUDGES**</u>**:**

> **Hon. Sylvia R. Cooks**
> **Hon. Marc T. Amy**
> **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Patricia A. Bonton** has this day been

> **DENIED.**

cc: J. Jerome Burden, Counsel for the Appellee
    Daniel G. Brenner, Counsel for the Appellee